IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CARROLL J. ROBINSON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:21-cv-90 |
| v. | |
| SCOTT L. SANDERS, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendants' Emergency Motion for a Determination as to the Reasonableness of Fees for the Testimony of Plaintiff's Expert Steven B. Barnett and the parties' Joint Motion to Appear for the Emergency Hearing Remotely.  Docs. 38, 39.  For good cause shown, the Court **GRANTS** the parties' request to attend remotely.  The Court **DIRECTS** the parties' counsel to appear before the undersigned for a video teleconference hearing **on Thursday, March 9, 2023 at 10:00 a.m**.  The undersigned's Courtroom Deputy will provide the video conference instructions to the parties prior to the hearing.  The parties should be prepared to discuss the factual and legal arguments asserted in Defendants' Emergency Motion regarding the reasonableness of Plaintiff's expert's fee.  Plaintiff's counsel may have the expert witness, Mr. Barnett, appear and participate in the hearing by remote means as well, but Mr. Barnett's appearance is not mandatory.

**SO ORDERED**, this 8th day of March, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA